UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judy Romeo,

   Plaintiff,        Civil No. 07-2004 (RHK/JSM)

vs.            **DISQUALIFICATION AND
               ORDER FOR REASSIGNMENT**

Wyeth, and its division Wyeth
Pharmaceuticals, Inc., Pharmacia &
Upjohn Company LLC, f/k/a Pharmacia
& Upjohn Company, Pfizer, Inc., Bristol-
Myers Squibb Company,

   Defendants.

   The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

   **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

   **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 24, 2007

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge